UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODOLFO PACHECO,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

20-CV-9384 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

      By order dated November 24, 2020, the Court directed Plaintiff, within thirty days, to submit an amended request to proceed *in forma pauperis* ("IFP") or pay the $400.00 in fees required to file a civil action in this Court.[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 19, 2021
           New York, New York

                                    COLLEEN McMAHON
                                 Chief United States District Judge

---

[1] On December 1, 2020, the filing fees required to file a federal civil action increased to $402.00 – a $350.00 filing fee plus a $52.00 administrative fee. Because Plaintiff's action was filed prior to December 1, 2020, the increased filing fees do not apply to this action.